MARSHALL E. FRANCIS, Respondent, *v.* SUSAN E. FROMER, Individually and as Executrix of JACOB FROMER, Deceased, et al., Appellants.

(Argued December 14, 1933; decided January 9, 1934.)

*Henry Epstein* and *Paul Fromer* for appellants.
*George F. Kaufman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.